# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 14, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142842(71)


KENNETH ADMIRE,
      Plaintiff-Appellee/
      Cross-Appellant,

v

AUTO-OWNERS INSURANCE COMPANY,
      Defendant-Appellant/
      Cross-Appellee.

_____

SC:  142842
COA:  289080
Ingham CC:  07-001752-NF


On order of the Chief Justice, the motion by defendant-appellant for extension to June 1, 2012 of the time for filing its brief and appendix is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 14, 2012                                 _____
                                               Clerk